**APPLEGATE, Plaintiff-Appellee, v. GREENVILLE-DAYTON TRANSPORTATION CO., Defendant-Appellant**

Ohio Appeals, Second District, Darke County.

No. 703. Decided April 24, 1952.

Spidel, Staley & Hole, Greenville, for plaintiff-appellee, for the motion.

Goubeaux & Goubeaux, Greenville, Pickrel, Schaeffer & Ebeling, Dayton, for defendant-appellant, contra the motion.

## OPINION

By THE COURT:

Submitted on motion of appellee to dismiss the appeal for failure to observe Rule 7 of this Court.

The appeal was filed on February 11, 1952 and at the time

of filing the motion, April 7, 1952, no briefs or assignments of error had been filed.

The motion will be sustained.

HORNBECK, PJ, WISEMAN and MILLER, JJ, concur.